1  **LAW OFFICES OF  RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
3  *skye@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
4  *mike@consumersadvocates.com*
651 Arroyo Drive
5  San Diego, California 92103
Telephone: (619) 696-9006
6  Facsimile: (619) 564-6665
**Counsel for Plaintiffs and the Proposed Classes**
7

8                **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARILYN COCHOIT, on behalf of         ) Case No. 8:16-cv-01371-CJC-KES
herself, all others similarly situated, and )
12  the general public,                        )
                                              )
13                          Plaintiff,         ) **PLAINTIFF'S NOTICE OF**
                                              ) **DISMISSAL PURSUANT TO FED.**
14            vs.                              ) **R. CIV. P. 41(a)(1)(A)(i)**
                                              )
15  SCHIFF NUTRITION                          )
INTERNATIONAL, INC., SCHIFF               )
16  NUTRITION GROUP, INC., GANEDEN )
BIOTECH, INC., RECKITT                    )
17  BENCKISER LLC,                            )
                                              )
18                          Defendants.        )
                                              )
19  _____ )

20

21

22

23

24

25

26

27

28

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR**

2  **COUNSEL OF RECORD**:

3       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

4  dismisses Defendants SCHIFF NUTRITION INTERNATIONAL, INC., SCHIFF

5  NUTRITION GROUP, INC., GANEDEN BIOTECH, INC., of this action WITH

6  PREJUDICE as to all individual claims and WITHOUT PREJUDICE as to any

7  class claims asserted by Plaintiff against Defendants.

8

9  Dated: October 31, 2016                     /s/ *Ronald A. Marron*

10                                              Ronald A. Marron

11
                                               **THE LAW OFFICES OF**
12                                             **RONALD A. MARRON**
                                               Ronald A. Marron
13                                             *ron@consumersadvocates.com*
                                               651 Arroyo Drive
14                                             San Diego, California 92103
                                               Telephone: (619) 696-9006
15                                             Facsimile: (619) 564-6665
16                                             ***Counsel for Plaintiff and the Proposed***
                                               ***Class***
17

18

19

20

21

22

23

24

25

26

27

28

-1-
PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)