1

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Classes*

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**

8    **CENTRAL DISTRICT OF CALIFORNIA**

9

10   MARILYN COCHOIT, on behalf of
     herself, all others similarly situated, and
11   the general public,

12                          Plaintiff,

13          vs.

14

15

16   SCHIFF NUTRITION
     INTERNATIONAL, INC., SCHIFF
17   NUTRITION GROUP, INC., GANEDEN
     BIOTECH, INC., RECKITT BENCKISER
18   LLC,

19                          Defendants.

20

Case No. 8:16-cv-01371-CJC-KES

**DECLARATION OF DR. GEORGE E. BELCH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**

Date:   April 30, 2018
Time:   1:30 PM
Ctrm:   9B
Judge:  Hon. Cormac J. Carney

21

22

23

24

25

26

27

28

**Marilyn Cochoit**

**v.**

**Schiff Nutrition International**

United States District Court

Central District of California

Case No. 8:16-CV-1371

# Declaration of Dr. George E. Belch

I am above the age of 18, not a party to the within action, and have personal knowledge of the following information.  If called upon to testify, I could and would testify competently to the following:

## QUALIFICATIONS, PUBLICATIONS AND PRIOR TESTIMONY

1.   I am a Professor of Marketing and Senior Associate Dean of the Fowler College of Business at San Diego State University.  I received a Ph.D. degree in Marketing from the University of California, Los Angeles, a Master's of Science degree in Marketing from the University of Colorado, and a Bachelor of Science degree in Marketing from the Pennsylvania State University. I have conducted marketing training seminars and served as a consultant for a number of Fortune 1,000 companies including Microsoft, Sprint, Qualcomm, Fluor Corporation, Arbitron, and Texas Industries.  I have served as a professor in the marketing discipline for the past 37 years and taught courses on consumer behavior, advertising, integrated marketing communications, marketing strategy and planning, and marketing research.

2.   I have done extensive research on consumer behavior and the effects of various forms of marketing communication on consumer decision making.  I have published more than 30 articles in refereed academic journals and professional conference proceedings in the areas of consumer behavior, advertising, marketing communications and public health. Many of these articles have been published in top journals in the marketing discipline including the *Journal of Marketing Research*, *Journal of Consumer Research*, *Journal of Advertising*, *Journal of Consumer Affairs, International Journal of Advertising* and the *Journal of Business Research*. A number of these articles have examined issues regarding consumer decision making and the processing of information from advertising and other types of marketing communication. I

2

have also been a co-investigator on several National Institute of Health funded research grants and have co-authored a number of articles that have been published in top journals in public health discipline including the *American Journal of Public Health, Health Education and Behavior, Contemporary Clinical Trials, Journal of the American Academy of Dermatology,* and *Preventive Medicine.*

3. I have co-authored a textbook on advertising*, Advertising and Promotion: An Integrated Marketing Communications Perspective*, which is published by McGraw Hill-Education.  This book is now in its 11th edition and is the most widely used textbook for advertising and promotion courses taught in business schools in the United States. Further details of my academic and professional background are presented in a copy of my curriculum vita that is attached to this report.

4. I have been retained as an expert in more than 20 cases involving various marketing and consumer behavior-related issues including several cases that dealt with deceptive marketing practices including misleading advertising, product labeling and/or other forms of marketing communication.  I have been accepted by the courts as a marketing expert and provided court testimony in nine cases. A document listing the cases I have been involved with as an expert and for which I have given depositions and/or court testimony is appended to this report. I am being compensated based upon my standard billing rate of $300 per hour for background research, review of documents and preparation, and $400 per hour for deposition and trial testimony.

## ASSIGNMENT

5.  I have been retained by the Law Offices of Ronald A. Marron, APLC to address matters involving the case of Marilyn Cochoit vs. Schiff Nutrition International, Inc. I have been asked to offer opinions regarding how the information and representations on the packaging labels for two Schiff's Digestive Advantage probiotic products, Schiff Digestive Advantage Daily Probiotic and Schiff Digestive Advantage Probiotic Gummies, would be interpreted by and influence consumers' decision making processes and purchase behavior. I also have been asked to opine on how consumers might interpret the representations made in television commercials for the Schiff Digestive Advantage product.

6.  In conjunction with my work on this matter, I have reviewed the following materials in forming my opinions: (1) the Class Action Complaint filed by the Law Offices of Ronald A. Marron (Case No.:) (2) copies of labels from the product packaging for the Schiff Digestive Advantage Daily Probiotic (3) copies of labels from the product packaging for the Schiff Digestive Advantage Probiotic Gummies product (4) 12 television commercials for the Schiff Digestive Advantage Daily Probiotic product.

7.  I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I intend to supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

4

## OPINIONS

My first set of opinions in this matter is in regard to the information and representations contained on the packaging labels for the Schiff Digestive Advantage Daily Probiotic product and are as follows:

8.  The information and representations presented on the Schiff Digestive Advantage Daily Probiotic packaging labels are clearly designed to influence the purchase behavior of consumers interested in purchasing and using a daily probiotic dietary supplement to aid with digestion and promote immune health and are very likely to do so.  The information contained on a package plays a very crucial communication and sales role, both in retail stores and online in e-commerce websites. The Schiff Digestive Advantage Daily Probiotic labels are designed to draw attention to the brand, communicate product information regarding specific product features and/or benefits, and ultimately motivate consumers to purchase this dietary supplement. I reviewed different labels used on the packaging for the Schiff Digestive Advantage Daily Probiotic product. All of the labels contain the same basic information although there are some minor variations in them. One of the labels that is representative of the various Schiff Digestive Advantage Daily Probiotic product labels is shown in Exhibit 1 and is analyzed below.

## Exhibit 1

| Rear | Side 1 | Front | Side 2 |
|------|--------|-------|--------|

9.  Key features of the front panel of this label include the statement under the Digestive Advantage brand name, "The Probiotic That Survives", as well as the claim in the purple banner, **100x Better Survivability vs. Yogurt & leading Probiotics[†]**. It should be noted that this statement is followed by a †† (double dagger) symbol which refers to an explanatory statement that appears at the bottom of side panel 1 of the package and is discussed below. The front panel of the label also contains a circle in the bottom right section, inside of which are the words "Powered by Ganeden BC[30] Probiotic Digestive and Immune Health. Particularly noteworthy is the very prominent **100x Better Survivability vs. Yogurt & leading Probiotics** claim made on the front panel of the package as this clearly is intended to communicate superior efficacy over yogurt and other probiotic products. The importance of the survivability

claim made on the front label is explained in detail on the rear panel of the Digestive Advantage package label.

10. The rear panel of the label contains detailed information with efficacy claims and representations regarding how Digestive Advantage supports specific digestive health needs and, with continued use, provides long-term digestive support.[*] The copy provides supportive information for these claims by stating that Digestive Advantage contains BC[30,] a probiotic that survives 100x better than leading probiotics and yogurt so it can deliver good bacteria when you need it.  The second paragraph of the rear panel provides an explanation of probiotics and their value in promoting digestive and immune health[*] and notes that many other probiotics don't survive the harsh acid stomach environment. The third paragraph of the rear panel contains information stating that the probiotic used in Digestive Advantage is protected by a hardened layer of proteins, which allows it to survive the harsh environment of the stomach better than other probiotics and reach the intestines to promote digestive and immune health. This paragraph also makes an efficacy claim that Digestive Advantage helps lessen minor abdominal discomfort, bloating and helps reduce occasional diarrhea.[*]

11. The rear panel of the package also contains a very prominent rectangular section that uses a purple color with white font color to make it stand out and includes three bulleted statements under a headline reading **Enjoy the Benefits**. Two of these statements are the same specific efficacy claims made in the detailed copy section above it. These include  100x better survivability vs. yogurt  and leading probiotics so it can get where you need it[d] and Promotes digestive and immune health.[*]

12. Three of the efficacy claims made on the rear panel use a * symbol that refers the consumer to a disclaimer at the bottom of the panel  noting that these statements have not been evaluated

by the Food and Drug Administration and the product is not intended to diagnose, treat, cure or prevent any disease.  The information on the rear panel of the label is clearly designed to support the survivability efficacy claims made on the front of the package and the benefits associated with them.  It states that  Digestive Advantage contains BC[30], which is prominently displayed in the circle on the front label, is the probiotic that survives and deliver good bacteria where needed.  The information also describes how this probiotic is able to survive in the stomach better than other probiotics which promotes digestive and immune health.  These efficacy claims are summarized very prominently in the boxed panel displayed toward the bottom of the label.

13. Side panel 1 of the Digestive Advantage product contains the statement Survives 100x Better, which appears in large letters and is prominently displayed. Directly underneath  this is a substantiation statement, Studies reveal that the single strain of probiotic used in Schiff Digestive Advantage survives 100x better than other probiotics and yogurts to deliver good bacteria where you need it.[††]  An explanation for survivability efficacy claim on this panel as well as on the front and back panels is shown at the bottom of the side 1 panel and is as follows: **Based on median %  survivability of Digestive Advantage® probiotic vs. leading probiotic supplements and 19 probiotic yogurts in simulated gastric pH for 2 hours. Survivability and delivery of probiotic cells to the small & large intestines is one of the several factors influencing overall product effect**.”   Side panel 1 also contains a Schiff Quality Guarantee seal and banner stating Guaranteed: No added sugar (sucrose, fructose, lactose), salt (sodium chloride), yeast or wheat. No preservatives or artificial flavors. Guaranteed for purity, freshness and labeled potency.

8

14. Side 2 of the Digestive Advantage label contains a boxed section at the top with Supplement Facts. The information in this box lists the Amount Per Serving and % Daily Value of Calcium. The Amount Per Serving for $BC^{30}$ is listed as 2 billion viable cells. A † is used under the % Daily Value for $BC^{30}$ and a statement appears in the bottom of the Supplement Facts box stating †Daily Value not established. Other ingredients are listed under the Supplement Facts boxed section. Side panel 2 also states that the product is distributed by Reckitt Benckiser and provides an 800 number to call for questions as well as the URL for a website to visit. Warning labels regarding usage by pregnant women or people on prescribed medication are shown at the bottom of side panel 3.

**Conclusions Regarding Schiff Digestive Advantage Labels**

15. The Schiff Digestive Advantage package label analyzed above is representative of the variety of labels provided for review. Although there are some minor variations, among these labels, they all utilize a similar design and contain the same basic language including efficacy claims, benefits to users, disclaimers and supportive and explanatory information. Based on an analysis of these labels, it is my opinion that the various Schiff Digestive Advantage packaging labels make material representations designed to communicate specific efficacy claims and create beliefs that it is better than yogurt and other probiotic products because of the survivability of the $BC^{30}$ probiotic ingredient. In addition to making these superiority claims, the information on the label provides an explanation as to why the probiotic supplement survives longer in the stomach and can promote better digestive health along with other benefits. It is also my opinion that the sum total of all of the information and representations made on the packaging for the Schiff Digestive Advantage Dietary Supplement product would lead the reasonable consumer to conclude that this product is an effective probiotic that can promote digestive and

immune health.  The information and representations would strongly influence a reasonable consumer's decision making when considering the purchase of a probiotic dietary supplement and encourage him/her to rely on the efficacy claims and benefits communicated on the Schiff Digestive Advantage package labels.

**Schiff Digestive Advantage Probiotic Gummies**

My second set of opinions in this matter are in regard to the information and representations contained on the packaging labels for the Schiff Digestive Advantage Probiotic Gummies product and are as follows:

16. The information and representations presented on the Schiff Digestive Advantage Probiotic Gummies packaging labels are clearly designed to influence the purchase behavior of consumers interested in purchasing and using a daily probiotic to aid with digestion and promote immune health. and are very likely to do so.  The information contained on a package plays a very crucial communication and sales role, both in retail stores and online in e-commerce websites. The Schiff Digestive Advantage Probiotic  Gummies labels are designed to draw attention to the brand, communicate product information regarding specific product features and/or benefits, and ultimately motivate consumers to purchase the product. I reviewed different labels used on the packaging for the Schiff Digestive Advantage Probiotic Gummies product. All of the labels contain the same basic information although there are some minor variations in them. One of the labels that is representative of the various Schiff Digestive Advantage Probiotic Gummies product is shown in Exhibit 2 and is analyzed below.

**Exhibit 2**

| Side 1 | Front | Side 2 |
|---|---|---|



17. Key features of the front panel of this label include the statement under the Digestive Advantage brand name, "The Probiotic That Survives", as well as the claim in the purple banner, **100x Better Survivability vs. Yogurt & leading Probiotics†**. It should be noted that this statement is followed by a †† (double dagger) symbol which refers to an explanatory statement that appears at the rear panel of the package as discussed below. The front panel of the label also contains a circle in the bottom right section, inside of which are the words "Powered by Ganeden BC[30] Probiotic Digestive and Immune Health. Particularly noteworthy is the prominent **100x Better Survivability vs. Yogurt & leading Probiotics** claim made on the front panel of the package, as this clearly is intended to communicate an efficacy claim of superiority over yogurt and other probiotic products. The importance of the survivability claim made on the front label is explained in detail on side panel 1 of the Digestive Advantage Probiotic Gummies package label.

11

18. The side 1 panel of the label contains detailed information with efficacy claims and representations regarding how Digestive Advantage supports specific digestive health needs and, with continued use, provides long-term digestive support.[*] The copy provides supportive information for these claims by stating that Digestive Advantage contains  BC[30,] a probiotic that survives 100x better than leading probiotics and yogurt so it can deliver good bacteria when you need it.  The second paragraph of this panel provides an explanation of probiotics and their value in promoting digestive and immune health[*] and notes that many other probiotics don't survive the harsh acid stomach environment. This paragraph also contains information stating that the probiotic used in Digestive Advantage is protected by a hardened layer of proteins, which allows it to survive the harsh environment of the stomach better than other probiotics and reach the intestines to promote digestive and immune health.  This paragraph concludes with an efficacy claim that Digestive Advantage helps lessen minor abdominal discomfort, bloating and helps reduce occasional diarrhea.[*]

19. An explanatory statement for the 100x Better Survivability vs. yogurt and leading probiotics claim that appears on the side 1 panel as well as on the front of the label is shown on the this panel and is as follows: **Based on median %  survivability of Digestive Advantage® probiotic vs. leading probiotic supplements and 19 probiotic yogurts in simulated gastric pH for 2 hours. Survivability and delivery of probiotic cells to the small & large intestines is one of the several factors influencing overall product effect**." This is followed by a boxed section  containing a disclaimer  noting that these statements have not been evaluated by the Food and Drug Administration and the product is not intended to diagnose, treat, cure or prevent any disease. This disclaimer is in reference to three of the efficacy claims made on the rear panel as well as on the side panel that use a * symbol to refer consumers to it.

20. The top section of side 2 panel of the Schiff Digestive Advantage Probiotic Gummies product label lists **Directions** for product use for adults and children.  Several benefit claims are included in the directions statement which states: Chew four (4) gummies daily to reduce occasional digestive upsets, lessen minor abdominal discomfort, and help relieve occasional diarrhea[*] Directly below the Directions is a boxed section containing **Supplement Facts.** The information in this box lists information for Calories, Total Carbohydrate, Sugars and $BC^{30}$ Bacillus coagulans that includes Amount Per One Gummy and Amount for Two Gummies. Information for % Daily Value is provided for Children 3 years and for Adults and Children 4 & up. .  The Amount Per Serving for $BC^{30}$ is listed as 250 million  viable cells for one gummy and 500 million viable cells for two gummies. A  † is used for % Daily Value for Sugars and $BC^{30}$ and a statement appears in the bottom of the Supplement Facts box stating †Daily Value not established.  Other ingredients are listed under the Supplement Facts boxed section.  Side panel 1 also states that the product is Distributed by Reckitt Benckiser and provides an 800 number to call for information as well as the URL for a website to visit. Warning labels also regarding usage by pregnant women or people on prescribed medication are shown at the bottom of side panel 1 as well as warnings regarding use by children.

21. The Schiff Digestive Advantage Probiotic Gummies package label analyzed above is representative of the variety of labels provided for review.  Although there are some minor variations, among these labels, they all utilize a similar design and contain the same basic language including efficacy claims, benefits to users, disclaimers and supportive and explanatory information. Based on an analysis of these labels, it is my opinion that the various Schiff Digestive Advantage Probiotic Gummies packaging labels make material representations that are designed to communicate specific efficacy claims and create beliefs

that it is better than yogurt and other probiotic products because of the survivability of the BC[30] probiotic ingredient. In addition to making these superiority claims, the information on the label provides an explanation as to why the supplement survives longer in the stomach and can promote better digestive health along with other benefits.   It is also my opinion that the sum total of all of the information and representations made on the packaging for the Schiff Digestive Advantage Probiotic Gummies product would lead the reasonable consumer to conclude that this product is an effective probiotic dietary supplement that can promote digestive and immune health.  The information and representations would strongly influence a reasonable consumer's decision making when considering the purchase of a probiotic dietary supplement and encourage him/her to rely on the efficacy claims and benefits communicated on the Schiff Digestive Advantage Probiotic Gummies package labels.

**Analysis of Television Commercials for Schiff Digestive Advantage**

As part of my assignment for this case, I also was asked to opine on how consumers might interpret the representations made in various television commercials for the Schiff Digestive Advantage products.  Four different television commercials were provided to me for analysis including 15 and 30-second spots featuring nutritionist Joy Bauer, 15 and 30-second commercials using an animation execution style, and a 15-second spot featuring Olympian Kristi Yamaguchi.

22. The first Digestive Advantage television commercial analyzed (RB000550) is a 15-second spot featuring nutritionist Joy Bauer discussing the value of probiotics and Digestive Advantage. In this ad, Bauer states that as a nutritionist, she knows that probiotics can often help and then suggests the viewer "try Digestive Advantage" as an image of the package appears on the screen. Bauer then states: "it's tougher than your stomach's harsh environment so it survives 100x better than the leading probiotic" as an image appears showing two stomachs (Exhibit 3).

As can be seen in Exhibit 3, the image on the right shows a stomach for someone taking Digestive Advantage and includes the "Survives 100x Better vs. yogurt and leading probiotics" claim as well as pictures of purple capsules that represent probiotics surviving in the stomach. The image of the left show an image of a stomach for someone taking a Leading Probiotics and does not include any capsules.   The explanatory statement for this survivability claim, *Based on median %  survivability vs. leading probiotic supplements and 19 probiotic yogurts in simulated gastric pH for 2 hours*, is shown across the bottom of the screen. The commercial ends with Bauer stating "get the Digestive Advantage" as a picture of the package is shown again.

**Exhibit 3**



23. The second Digestive Advantage commercial analyzed (RB000554) is a 30-second spot that once again features nutritionist Joy Bauer as the spokesperson for the brand. This commercial begins with Bauer stating that two-thirds of American have digestive issues as an image of a

woman holding her stomach in discomfort appears on the screen along with a super stating that 2/3 of Americans have occasional bloating, discomfort, constipation and diarrhea.  Bauer then states that as a nutritionist, she knows that probiotics can help but many probiotics do not survive your stomach's harsh environment.  As an image of Schiff brand appears on the screen, Bauer states that Digestive Advantage is different as its natural protein shell is tougher than your stomach's harsh environment.  An image simulating the purple protein shell is shown (Exhibit 4). The commercial shows this purple shell going into the stomach and then the same image shown in Exhibit 3 comparing the two stomachs appears on the screen to show the survivability of Digestive Advantage probiotic protein shell.   The commercial concludes with a scene showing the same woman in discomfort at the beginning of the spot smiling as she walks through an office.

**Exhibit 4**



16

24. It is important to note that both the 15 and 30-second versions of the Digestive Advantage commercial use Joy Bauer as a spokesperson for the brand, thus capitalizing on the use of an expert source. Bauer is a leading health authority as she is the nutrition and health expert for *Today Show, which* is the NBC television networks popular morning show.   She has also authored 12 *New York Times* best-selling books and has her own website, JoyBauer.com that offers nutrition, weight loss and healthy living information and advice.   A copy of Bauer's bio from her website is shown in Exhibit 5. Bauer is likely to be perceived as an expert and trustworthy source with high credibility and her use as a spokesperson in the commercials can increase the likelihood of viewers believing the efficacy claims made for Digestive Advantage in the television commercials.

**Exhibit 5**

## Joy's Bio



Joy's Bio

Joy's Books

Contact Joy's Team

Joy Bauer, MS, RDN

Joy Bauer is one of the nation's leading health authorities. She is the nutrition and health expert for NBC's TODAY show, the founder of Nourish Snacks, a monthly columnist for *Woman's Day* magazine, and the official nutritionist for the New York City Ballet. Joy is also the creator of JoyBauer.com and the author of 12 *New York Times* best-selling books. Her newest book, *From Junk Food to Joy Food,* is based on her popular TODAY show series, in which co-hosts Kathie Lee Gifford and Hoda Kotb challenge Joy to turn fattening favorites into delicious, diet-friendly fare for the honor of the coveted "two carrots up." The book is also the inspiration behind Joy's brand new PBS special, which is currently airing nationwide.

In the earlier part of her career, Joy was the Director of Nutrition and Fitness for the Department of Pediatric Cardiology at Mount Sinai Medical Center in New York City, as well as the clinical dietitian for their neurosurgical team. One of Joy's most rewarding experiences was creating and implementing Heart Smart Kids, a health program for underprivileged children in Harlem and East Harlem. She also taught Anatomy and Physiology and Sports Nutrition at NYU's School of Continuing Education.

Passionate about delivering scientifically sound, realistic information to millions, Joy has received countless awards including the **National Media Excellence Award** from two of the most esteemed organizations, the *Academy of Nutrition and Dietetics* and the *American Society of Nutrition Science.*

17

25. The next Digestive Advantage commercial analyzed (RB000558) is a 15-second animated spot that focuses on the product as a remedy for digestive problems.  The commercial begins with the voice over (VO) asking a question, "Frustrated with digestive issues that keep coming back?" as an animated woman throw a boomerang to represent the problem. The VO then encourages the viewer to try Digestive Advantage as a picture of the product appears on the screen. The VO goes on to state that "Digestive Advantage is the unique natural probiotic that survives 100x better than the leading probiotic so it can get where you need it." As the VO makes this claim, imagery showing the capsules moving through the digestive system is used. This concludes with the image in Exhibit 6 showing the "Survives 100x Better[†] " claim in a banner wrapped around an image of a stomach with numerous capsules in it versus an image of a stomach for other probiotics with fewer capsules. The explanatory statement for the survivability claim is shown below this image and reads: *Based on median % survivability of Digestive Advantage® probiotic vs. leading probiotic supplements and 19 probiotic yogurts in simulated gastric pH for 2 hours. Survivability and delivery of probiotic cells to the small & large intestines is one of the several factors influencing overall product effect.* The commercial end with the VO stating: "Take control of your digestive health with Digestive Advantage" as pictures of the Schiff Digestive Advantage Daily Probiotic and Probiotic Gummies are shown. The same disclaimer that appears on the packing for these two product is shown at the bottom of the screen: *These statements have not been evaluated by the Food and Drug Administration.  These products are not intended to diagnose, treat, cure or prevent any disease.*

**Exhibit 6**



26. The next commercial analyzed (RB001350) is a 30-second version of the 15 second animated spot.  This commercial differs in a few areas as it begins the VO stating the question: "Are you frustrated with digestive issues that keep coming back?" as the animated woman throws a boomerang to represent problems such as abdominal discomfort, bloating, and diarrhea.  As in the 15 second spot, the VO then encourages the view to try Digestive Advantage as a picture of the product appears on the screen. The VO goes on to state that Digestive Advantage is the unique natural probiotic that survives 100x better.  The commercial then transitions to a comparison of Digestive Advantage versus yogurts and other probiotics with the VO saying that while probiotics in yogurts and other leading supplements may not survive as well, Digestive Advantage survives 100x better so it can get where you need it.  Similar to the 15-second commercial, as the VO makes this claim, imagery showing the capsules moving

19

through the digestive system appears that concludes with the same image as Exhibit 6. This image shows the "Survives 100x Better[†] "claim in a banner wrapped around an image of a stomach with numerous capsules in it versus an image of a stomach for other probiotics with fewer capsules. The explanatory statement for the survivability claim is shown below the image in this spot as well.   This commercial also concludes with pictures of the Schiff Digestive Advantage Daily Probiotic and Probiotic Gummies products as shown in Exhibit 7.

**Exhibit 7**



RB001350

20

27. The final Digestive Advantage commercial (RB000559) is a 15 second spot featuring former figure skater Kristi Yamaguchi who was the Olympic gold medalist in 1992, World Champion in 1991 and 1992 and is represented as an Olympian, Mom and Healthy Living Advocate in this spot (Exhibit 8). The commercial begins with Yamaguchi stating: "Digestive issues try Digestive Advantage." She goes on to say: "With a natural protective coating it survives through the stomach's harsh environment 100x better than leading probiotics so you can enjoy living well. As Yamaguchi speaks, imagery showing the capsules moving through the digestive system is shown along with the "Survives 100x Better claim in a banner wrapped around an image of a stomach and intestines with numerous capsules in them versus an image of a stomach and intestines with only a few capsules (Exhibit 9). A disclaimer statement also appears on the bottom of the screen. The commercial using Yamaguchi as a spokesperson takes advantage of her celebrity status as an Olympic and World Champion figure skater and represents her as an advocate for healthy living. Her celebrity status can help attract attention to the commercial while representing her as a healthy living advocate can make consumers more receptive to the message she is delivering regarding the benefits of taking of Digestive Advantage as well as it superiority over other probiotics

**Exhibit 8**



**Exhibit 9**



**Conclusions Regarding Schiff Digestive Advantage Labels and Television Commercials**

28. The four different television commercials for Schiff Digestive Advantage are clearly designed to communicate and reinforce the survivability claim that appears prominently on the front of the Digestive Advantage Probiotics and Probiotic Gummies package labels.   All of the commercials use a strong visual image to emphasize the Survives 100x Better vs. (yogurt) leading probiotics by showing the surviving capsules in the stomach while the image for the Leading Probiotics show few or even no probiotic capsules surviving in the stomach. Based on an analysis of the commercials, it is my opinion that they communicate specific efficacy claims and create beliefs that Digestive Advantage Probiotic products are better than yogurt and other probiotic products because of the survivability of their probiotic ingredient.

29. The commercials analyzed are also integrated well with the labels used for the Schiff Digestive Advantage Probiotic and Probiotic Gummies products.  The front label of the packaging for both products shows the 100x Better Survivability vs. Yogurt & leading Probiotics very prominently and this efficacy claim, along with its benefits, is discussed on the other parts of the label for these products.  The 100x Better Survivability claim is the focal point of all four of the Digestive Advantage commercials analyzed and is integrated well with the claims made on the product packaging.

30. The message conveyed through the claims and representations made on the labels and in the television commercials is that the Schiff Digestive Advantage Probiotic products offer consumers significant health benefits. The marketing messaging is consistent with the "Digestive Advantage" brand name as it focuses on the ability of the probiotic supplement to survive in the intestinal tract and thus provide consumers with digestive health benefits such as relief from abdominal discomfort, bloating and diarrhea.   Consumers are likely to be

influenced by this messaging and the claims being made for Digestive Advantage when purchasing a supplement that can provide digestive benefits and relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 23, 2018 in San Diego, California.

Dr. George E. Belch

# V I T A

# GEORGE E. BELCH

## PERSONAL

Business Address:
  Fowler College of Business
  San Diego State University
  5500 Campanile Drive
  San Diego, CA  92182

Phone:  (619) 594-2473
Mobile: (858) 342-4093

Email: gbelch@mail.sdsu.edu

## EDUCATION

| | |
|---|---|
| Ph.D. | University of California, Los Angeles, 1980<br>  Major Area:  Marketing, Consumer Behavior<br>  Minor Areas:  Statistics and Research Methods, Social Psychology |
| M.S. | University of Colorado, Boulder, 1975<br>  Major Area:  Marketing<br>  Minor Area:  Social Psychology |
| B.S. | Pennsylvania State University, June 1973<br>  Major:  Marketing |

## ACADEMIC EXPERIENCE

| | |
|---|---|
| 7/2016 to 8/02/17 | Interim Dean, Fowler College of Business |
| 9/89 to 7/2016 | Chairman, Department of Marketing<br>San Diego State University |
| 9/85 to present | Professor of Marketing<br>San Diego State University |
| 1/81 to 8/85 | Associate Professor of Marketing<br>San Diego State University |
| 7/79 to 12/80 | Assistant Professor of Marketing and Administration<br>University of California, Irvine |
| 9/78 to 6/79 | Visiting Professor of Marketing<br>Loyola Marymount University, Los Angeles, CA |

VITA:  George E. Belch

| | |
|---|---|
| 9/77 to | Lecturer in Marketing |
| 6/78 | California State University, Northridge |

Teaching Areas:
Marketing Strategy, Integrated Marketing Communications, Consumer Behavior,  Marketing Research

## BUSINESS EXPERIENCE

| | |
|---|---|
| 9/73 to | Marketing Representative |
| 9/74 | E. I. DuPont Company |

Responsibilities included management of a sales territory for consumer paint products.   Management and expansion of existing accounts was a primary responsibility along with selling presentations to new accounts.   Development of advertising and marketing programs for accounts was required along with sales forecasting, product line analysis and other marketing related areas.

| | |
|---|---|
| 3/76 to | Research Analyst |
| 9/77 | Needham, Harper and Steers Advertising Agency, Los Angeles |

Responsibilities included background research for planning and management of advertising programs.   Specific studies included life style and psychographic research projects, new product feasibility research, advertising message structure research and statistical analysis.

## AWARDS

Marketing Educator of the Year, 2000 – Marketing Educators Association

San Diego State University Alumni Association Award for Outstanding Faculty Contributions (Monty Award) – 1994 and 2003

San Diego State University College of Business Administration Outstanding Faculty Contribution Award – 2001 and 2010

Outstanding Faculty Member – San Diego State Sports MBA Program – 2007 and 2009

# PUBLICATIONS

Books

*Advertising and Promotion: An Integrated Marketing Communications Perspective*, Irwin McGraw-Hill 1990, 1993, 1995, 1998, 2000, 2003, 2006, 2008, 2011, 2014, and 2017 (co-authored with Michael A. Belch). Now in its 11th edition this is the leading textbook in the world on Advertising and Integrated Marketing Communications.

Journal Articles

"Examination of the relationship between in-store environmental factors and fruit and vegetable purchasing among Hispanics. *International Journal of Environmental Research and Public Health (Special Issue: Food Environment, Diet, and Health)*.(2017)  *14*(11), 1305;(with J. Sanchez-Flack, J., Pickrel, J.L.Lin, S.F., Anderson, C.A.M., Martinez, M.E., Arredondo, E. and Ayala, G.X doi: 10.3390/ijerph14111305. PMCID: PMC5707944

"What Happens When Parents and Children Go Grocery Shopping? An Observational Study of Latino Dyads in Southern California, USA," *Health Education and Behavior*, May 2016, DOI: 10.1177/1090198116637602. (With J. Calderon, J.P. Elder, I.A. Castro, G.X. Ayala, N. Weibel and J. Pickrel).

 "A store-based intervention to increase fruit and vegetable consumption: The El Valor de Nuestra Salud cluster randomized controlled trial." *Contemporary Clinical Trials*, May 2015, pp. 228-38 (with Ayala, GX, Baquero, B, Pickrel, JL, Mayer, J., Rock, CL, Linnan, L, Gittelsohn, J, Sanchez-Flack, J, Elder, JP

"The Role of New and Traditional Media in the Rapidly Changing Marketing Communications Environment," *International Journal of Strategic Innovative Marketing*, Vol. 1 (3), 2014, pp. 130-136. (With Michael A. Belch)

"A Content Analysis of Study of the use of Celebrity Endorsers in Magazine Advertising," *International Journal of Advertising*, 32 (3) 2013, pp. 369-389, (with Michael A. Belch)

"The Future of Creativity in Advertising," *Journal of Promotion Management*, Vol.19, Issue 4, pp. 395-399. August 2013. (With Michael A. Belch)

"Adolescents' Use of Indoor Tanning: A Large-Scale Evaluation of Psychosocial, Environmental and  Policy Level Correlates*, " American Journal of Public Health*, May  2011, 101  (5): 930-938 (with JA Mayer, SI Woodruff, DJ Slymen, JF Sallis, JL Forster, EJ Clapp KD Hoerster, LC Pichon, JR Weeks,MA Winstock and T Gilmer)

VITA: George E. Belch                                                                                  4

"Youth access to artificial ultraviolet radiation exposure: Practices of 3,647 indoor tanning facilities," *Archives of Dermatology*, 145: September 2009 pp. 997-1002 (with L.C. Pichon, J.A.Mayer, K.D. Hoerster, S.I.Woodruff, D.J. Slymen, E.J. Clapp, A.L. Hurd,  J.L.. Forster, & M.A. Weinstock)

"Comparing Two Methods of Measuring Legislation Compliance Among Indoor Tanning Facilities," *Journal of the American Academy of Dermatology*, (2006) 54, pp. 433-439, (PIMD 17093110) (with J.A. Mayer, Al Hurd, S.I. Wodruff and M.R. Patel)

"As Seen on TV and Now in a Marketing Classroom Near You: The Infomercial," *Marketing Education Review*, Vol. 16, 1, Spring, 2006, (with Glen Brodowsky)

"Promotion of frequent tanning sessions by indoor tanning facilities: Two studies," *Journal of the American Academy of Dermatology*, May 2002, pp. 700-705 (with H.T. Kwon, J.A. Mayer, K.K. Walker, H. Yu, and E.C. Lewis)

"Promoting Sun Safety Among Zoo Visitors," *Preventive Medicine*, 33, (2001) pp. 162-169 (with JA Mayer, E.C. Lewis, L. Eckhardt, D. Slymen, J. Elder, M Engleberg, L. Eichenfield, A. Achter, T. Nichols, K Walker, H. Kwon, M Talosig and C. Gearen)

"A National Survey of Sun Safety Activities at U.S. Zoos" *Journal of Community Health,"* Vol. 25, No. 4, 2000, pp. 331-341 (with MA. Talosig, J.A. Mayer, L. Eckhardt, E. Clapp Lewis H Kwon, L. Eichenfeld, J. Elder and M. Engelberg)

"The Effects of Sexual and Non-Sexual Advertising Appeals and Information Level on Cognitive Processing and Communication Effectiveness," *Journal of Advertising*, Vol. 19, l, 1990, with M. A. Belch and J. Severn. Impact Factor = 1.02

"The Role of Attitude Toward the Ad as a Mediator of Advertising Effectiveness:  A Test of Competing Explanations," *Journal of Marketing Research,* Vol. 23, May 1986, pp. 130-43.  (With R. J. Lutz and S. B. MacKenzie)

"Parental and Teenage Child Influences in Family Decision Making," *Journal of Business Research,* Vol. 13, April 1985, pp. 163-75, (With M. A. Belch and G. M. Ceresino)

"The Effects of Television Commercial Repetition on Cognitive Response and Message Acceptance," *Journal of Consumer Research,* Vol. 9, June 1982, pp. 56-65.

"An Examination of Comparative and Noncomparative Television Commercials:  The Effects of Claim Variation and Repetition on Cognitive Response and Message Acceptance," *Journal of Marketing Research,* Vol. 18, August 1981, pp. 333-49.

"Affirmative Disclosure in Home Purchasing," *Journal of Consumer Affairs,* May 1978. pp. 297 310 (With M. Burke, R. J. Lutz and J. R. Bettman)

VITA:  George E. Belch                                                                                      5

"Discriminant Validity of a Product Anchored Self-Concept Measure," *Journal of Marketing Research,* Vol. 14, May 1977.  (With E. L. Landon, Jr.)

<u>Book Chapters</u>

"Integrated Marketing Communications," in 21st Century Communication: A Reference Handbook, Volume 2, (William F. Eadie, ed.) 2009 (Thousand Oaks, CA: Sage Publications, Inc., pp. 815-821. (With M.A. Belch)

"Integrated Marketing Communications" in *The International Encyclopedia of Communications Volume V*, (Wolfgang Donsbach, ed.) 2008, (Malden, MA: Blackwell Publishing), pp. 2297-2301. (With Michael A. Belch)

"Evaluating the Effectiveness of Elements of Integrated Marketing Communications: A Review of Research," in IMC*: A Paradigm Shift from Traditional Media Planning,* Icfai University Press, Bangalore, India 2007.  (With Michael A. Belch)

"A Review of Research Concerning the Effects of Advertising Communication," in Jagdish N. Sheth (ed.), *Research in Marketing,* Vol. 9, JAI Press Inc., 1987, pp. 59-117.  (With M. A. Belch and A. Villarreal-Camacho)

<u>Trade Publications</u>

"One Message, Many Targets," *Realtor Magazine*, July 2005, pp. 39-41 (with Michael Belch)

<u>Published Conference Proceedings</u>

"The Infomercial: The Handy Dandy Marketing Teaching Tool," in *Proceedings of the 2002 Marketing Educators' Conference*, Regina Schlee and John Schibrowsky (eds.) pp.1-6 (With G. Brodowsky).

"A Content Analysis of Prime Time Television Commercials Reflecting Appeals Used in Russia," *Proceeding Academy of Marketing Science World Marketing Congress,* 1999 (with Michael A. Belch and Irina Yuzhakova)

"An Exploratory Investigation of Teenagers' Attitudes Toward Anti-Drug Appeals" in *European Advances in Consumer Research Volume II*, Association for Consumer Research, Fleming Hansen (ed.), Association for Consumer Research, 1995.  (With M.A. Belch)

"Toward Development of a Model and Scale for Assessing Consumer Receptivity to Foreign Products and Global Advertising" in *European Advances in Consumer Research Volume I*, W. Fred Van Raaij and Gary J. Bamossy, (eds.) Association for Consumer Research, 1993. (With M.A. Belch)

"An Analysis of Immediate Versus Delayed Measures of Cognitive Response Across Various Levels of Exposure," in *Proceedings of 1991 Winter Marketing Educators' Conference--New Directions for Research in Marketing - Contemporary and Interdisciplinary Perspectives.* (With M. A. Belch and M. Jones)

"The Application of An Expectancy Functional Theory to Examine Attitudes of Boycotters and Nonboycotters of a Consumer Product," *Advances in Consumer Research,* Vol. 14, Association for Consumer Research, 1987. (With M. A. Belch)

"The Historical Evolution of Advertising/Consumer Behavior Related Research," in *Proceedings, Association for Consumer Research International Conference,* Singapore, 1985. (With M. A. Belch)

"An Investigation of the Effects of Repetition on Cognitive and Affective Reactions to Humorous and Serious Television Commercials," *Advances in Consumer Research,* Vol. 11, Association for Consumer Research, 1984. (With M. A. Belch)

"Attitude Toward the Ad as a Mediator of Advertising Effectiveness: Determinants and Consequences," *Advances in Consumer Research,* Vol. 10, Association for Consumer Research, 1983. (With R. J. Lutz and S. B. MacKenzie)

"The Effects of Message Modality on One- and Two-Sided Advertising Messages," *Advances in Consumer Research,* Vol. 10, Association for Consumer Research, 1983.

"Psychophysical and Cognitive Responses to Sex in Advertising," *Advances in Consumer Research,* Vol. 9. (With M. A. Belch, B. Holgerson and J. Koppman)

"An Examination of Advertising Execution Related Cognitions as Mediators of Commercial Message Acceptance in Developments in Marketing Science," *Proceedings of the Sixth Annual Conference of the Academy of Marketing Science,* Vol. V, Vinay Kothari (Ed.) 1982, 62-65. (With M. A. Belch)

"Consumer Perceptions of Age Role Prescriptions for the Elderly," *Proceedings, Advances in Health Care Research,* 1982. (With M. A. Belch and R. B. Settle)

"An Examination of Consumers' Perceptions of Purpose and Content of Corrective Advertising," *Advances in Consumer Research,* Vol. 9, Association for Consumer Research, 1982. (With M. A. Belch and R. B. Settle)

"A Standardized Scale of Specific Age Role Dimensions and Their Effects," *Proceedings, American Institute for Decision Sciences,* Western Regional Conference, Hilo, HI, 1981. (With M. A. Belch, R. B. Settle and P. Alreck)

VITA: George E. Belch                                                                                          7

"Conflict in Family Decision Making:  An Exploratory Investigation," *Advances in Consumer Research,* Vol. 7, Association of Consumer Research 1980.   (With M. A. Belch and D. Sciglimpaglia)

"Belief Systems and the Differential Role of the Self-Concept," *Advances in Consumer Research,* Vol. 5, Association for Consumer Research, 1977.


Published Manuscripts

"A Multiple Exposure Study of the Effects of Comparative and Noncomparative Television Commercials on Cognitive Response Recall and Message Acceptance," Marketing Science Institute Report No. 82-107, Marketing Science Institute, Cambridge, MA.


PROFESSIONAL ORGANIZATIONS

Association for Consumer Research
American Marketing Association
American Academy of Advertising

EXECUTIVE DEVELOPMENT AND EDUCATION

Seminars conducted for:

San Diego State University                    College of Extended Studies

Claremont Graduate University                 The Drucker School of Management

Southern Methodist University                 Edwin L. Cox School of Business
                                              Executive and Management Development Program

University of California, Berkeley            Extension Program in Business and Management

Thunderbird American Graduate
School of International Management             Taught in executive education program in China

National Economics University, Hanoi          Taught course to faculty on Integrated Marketing

VITA:  George E. Belch                                                                                        8

## CORPORATE TRAINING SEMINARS

Qualcomm, Inc. – San Diego, CA
Mp3.com – San Diego, CA
Sprint, Inc. – Kansas City, MO
Microsoft – Redmond, WA
Texas Industries – Dallas, Texas
Sterling Software – Dallas Texas
Square D Company – Palantine, IL
Armstrong World Industries, Inc. – Lancaster, PA
Anderson Greenwood, Inc. – Houston, Texas
Siliconix, Inc. – Santa Clara, CA
Fluor Corporation – Irvine, CA
Degussa – Taipei, Taiwan
Arbitron – New York, NY

**Dr. George E. Belch**
**List of Expert Witness Work**

| Case Name | Side | Date | Attorney/Firm | Deposition/ Testimony |
|---|---|---|---|---|
| Ortega and Lambert v. Natural Balance, Inc. | Plaintiff | 2014 | Skye Resendes Law Offices of Ronald A. Maron San Diego, CA | Deposition |
| Jason Olive v. General Nutrition Centers Inc. | Defendant | 2014/2016 | Molly White McGuireWoods LLP Los Angeles CA | Deposition/ Testimony |
| Pauma Band of Luiseno Indians v Caesars, Inc. SDSC CASE 847406 | Plaintiff | 2011 | Dennis Stewart Hulett Harper Stewart, LLP | Deposition |
| Cowan v. Hotwire, Inc. | Defendant | 2008 | Amand K. Mines Sedgwick, Detert, Moran & Arnold Los Angeles, CA | Declaration |
| Gonzalez v. Bayer Healthcare et al. SDSC-GICV860026 | Plaintiff | 2007 | Jason Hartley Ross, Dixon & Bell San Diego, CA | Deposition/ Testimony |
| Pro Heat, Inc. v. Bank One, Valley National Bank et al CV – 94-12820 | Plaintiff | 1997/2005 | Paul A. Conant Galbut & Conant Phoenix, AZ | Deposition/ Testimony |
| Jeffrey Krinsk, et al. v. Priceline.Com Inc. SDSC - 804186 | Defendant | 2003-04 | Frederic F. Grannis Sedwick, Detert, Moran & Arnold Los Angeles, CA | Deposition/ Testimony |

| Case Name | Side | Date | Attorney/Firm | Deposition/Testimony |
|---|---|---|---|---|
| Livsey v. Metabolife International | Plaintiff | 2002 | James K. Frantz<br>Frantz Townsend & Foldenauer<br>San Diego, CA | Deposition |
| Quatman v. Raceway Ford, et al. | Plaintiff | 2003 | Hawk Barry<br>Rosner, Law &Mansfield<br>San Diego, CA | Deposition |
| Weber v. Tenderland Power Company, Inc.<br>SCSC GIC774551 | Plaintiff | 2002 | Jessica K. Fawver<br>Rosner, Law & Mansfield<br>San Diego, CA | Deposition |
| Daniels et al. v. Philip Morris Inc. et. Al<br>SDSC – 719466 | Plaintiff | 1999-2002 | John F. McGuire<br>Thorsnes, Bartolotta & McGuire<br>San Diego, CA | Deposition |
| Stuppy v. World Gym<br>RIC 340191 | Plaintiff | 2000 | Mitchell S. Wagner<br>San Diego, CA | Testimony |
| Afannador et al v. H&R Block et al. | Defendant | 2000 | G. Stanton Masters<br>Bryan Cave LLP – Kansas City, MO | Deposition |
| Page Master v. Computer Associates | Defendant | 1999 | Kenneth B. Goodried<br>Rubin & Rahe – Los Angeles | Deposition |
| Kearny Mesa Dodge, La Mesa Dodge & Colonial Dodge v. Chrysler Corp. | Plaintiff | 1998 | Scott Metzger<br>Duckor Spradling & Metzger<br>San Diego, CA | Deposition/<br>Testimony |

| Case Name | Side | Date | Attorney/Firm | Deposition/Testimony |
|---|---|---|---|---|
| Taylor Tire V. Goodyear Tire & Rubber Co. USDC No. 94 | Plaintiff | 1996 | Scott Metzger Duckor Spradling & Metzger San Diego, CA | Deposition |
| Versaflex v. Naiman | Defendant | 1990 | Lorber, Gradey Farley & Volk San Diego, CA | Deposition |
| Brownstein v. Minstar, State of California et al. LASC C 477297 | Defendant | 1989 | Cyntiha Pierson Negele, Knopfler, Pierson & Robertson Los Angeles, CA | Deposition |
| Chicago Brothers et al. v. Donald Miller SDSC 556228 | Plaintiff | 1988 | Scott Metzger Spradling & Metzger San Diego, CA | Deposition/ Testimony |
| U.S. Postal Service v. World Communications, Inc. | Defendant | 1985 | Peter Safire Washington D.C. | Testimony |
| Hotel del Coronado v. _____ SDSC | Plaintiff | 1981 | Gerald McMahon Seltzer, Caplan, Wilkins & McMahon San Diego, CA | Deposition / Testimony |