UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-01371-CJC(KESx)                              Date: July 9, 2018

Title: MARILYN COCHOIT V. SCHIFF NUTRITION INTERNATIONAL, INC., *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING DEADLINE FOR CLASS CERTIFICATION MOTION**

      On July 9, 2018, the Court held a hearing and subsequently issued an order denying Plaintiff's motion for class certification and to appoint Ronald Marron as class counsel. (Dkt. 84.) At the hearing, Mr. Marron's co-counsel represented that his firm or another law firm could be appointed as class counsel. Accordingly, Plaintiff shall have until **July 23, 2018**, to **FILE** any additional motion for class certification and to appoint class counsel. The Court also hereby **VACATES** the pending deadline for dispositive motions, the pretrial conference, and the jury trial date. The Court will re-set these dates, if necessary, after resolving Plaintiff's motion for class certification and to appoint class counsel.

sl

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk MKU