1  **LAW OFFICES OF RONALD A. MARRON**
   RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
   MICHAEL T. HOUCHIN (SBN 305541)
3  *mike@consumersadvocates.com*
   651 Arroyo Drive
4  San Diego, California 92103
   Telephone: (619) 696-9006
5  Facsimile: (619) 564-6665
6  *Counsel for Plaintiff*

7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| MARILYN COCHOIT, on behalf of herself, all others similarly situated, and the general public, | Case No. 8:16-cv-01371-CJC-KES |
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF SETTLEMENT** |
| SCHIFF NUTRITION INTERNATIONAL, INC., SCHIFF NUTRITION GROUP, INC., GANEDEN BIOTECH, INC., RECKITT BENCKISER LLC, | |
| Defendants. | |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Marilyn Cochoit ("Plaintiff") and Defendant Reckitt Benckiser, LLC ("Defendant") (collectively "the Parties") have reached a settlement. The Parties will file a joint stipulation to dismiss this action with prejudice once their settlement agreement is finalized.

In light of the settlement, Defendant requests that the hearing on its Motion for Summary Judgment currently scheduled to be heard on September 17, 2018, be continued by at least 60 days to provide the parties with time to finalize the settlement and dismiss the action.

Dated: August 24, 2018              Respectfully submitted,

/s/ *Ronald A. Marron*
Ronald A. Marron
*Counsel for Plaintiff*

Dated:  August 24, 2018             */s/ Adrianne E. Marshack*
Adrianne E. Marshack
*Attorneys for Defendant*
RECKITT BENCKISER LLC

-1-
*Cochoit v. Schiff Nutrition International, Inc., et al*, Case No. 8:16-cv-01371-CJC-KES
NOTICE OF SETTLEMENT

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Ronald A. Marron, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

/s/ *Ronald A. Marron*
Ronald A. Marron