1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN COCHOIT, on behalf of herself, all others similarly situated, and the general public,<br><br>                  Plaintiff,<br><br>  vs.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC., SCHIFF NUTRITION GROUP, INC., GANEDEN BIOTECH, INC., RECKITT BENCKISER LLC,<br><br>                  Defendants. | Case No. 8:16-cv-01371-CJC-KES<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

-1-

1     Before the Court is the Parties' Joint Stipulation to Dismiss Action with
2 Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having
3 found good cause, the Parties' Joint Stipulation is **GRANTED** and Plaintiff's
4 individual claims in this action are hereby **DISMISSED WITH PREJUDICE**.

6 **IT IS SO ORDERED.**

9 DATED: October __24__, 2018     _____
10     Honorable Cormac J. Carney
11     United States District Court Judge

-1-
[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)